

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　vs.<br>Felix Martinez-Rosales<br><br>　　　　Defendant. | Case No. ED10-159M<br><br>ORDER OF DETENTION AFTER HEARING [Fed.R.Crim.P. 32.1(a)(6); 18 U.S.C. § 3143 (a)] |

　　　The defendant having been arrested in this District pursuant to a warrant issued by the United States District Court for the ___DISTRICT OF UTAH___ for alleged violation(s) of the terms and conditions of his/her [probation] [supervised release]; and

　　　The Court having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1 (a)(6) and 18 U.S.C. § 3143 (a),

　　　The Court finds that:

A.　( ✓ ) The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to flee if released under 18 U.S.C. § 3142 (b) or (c). This finding is based on ___• UNKNOWN BACKGROUND___
___• UNKNOWN BAIL RESOURCES___

1  \* UNDOCUMENTED IMMIGRATION STATUS
2  _____
3  and/or
4  B.   ( )   The defendant has not met his/her burden of establishing by clear and
5  convincing evidence that he/she is not likely to pose a danger to the safety of any
6  other person or the community if released under 18 U.S.C. § 3142 (b) or (c).  This
7  finding is based on: _____
8  _____
9  _____
10 _____.
11
12       IT THEREFORE IS ORDERED that the defendant be detained pending the
13 further revocation proceedings.
14
15 DATED: 6/18/10

                                              /s/ David T. Bristow
                                              DAVID T. BRISTOW
                                              UNITED STATES MAGISTRATE JUDGE